# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-60335

---

David Sidney Nichols,

*Petitioner—Appellant,*

*versus*

Jesse Williams, Warden, Marshall County Correctional Facility,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:19-CV-131

_____

Before Jones, Costa, and Wilson, *Circuit Judges*.

Per Curiam:

    This panel previously DENIED Appellant's motions for a certificate of appealability and to proceed in forma pauperis. The panel has considered Appellant's motion for reconsideration.

    IT IS ORDERED that the motion is DENIED.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-60335   Nichols v. Williams
                    USDC No. 3:19-CV-131

Enclosed is an order entered in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Majella A. Sutton, Deputy Clerk
               504-310-7680

Mr. David Crews
Mr. David Sidney Nichols
Ms. Jerrolyn M. Owens